# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY (Ashland Division)

| | | |
|---|---|---|
| John R. Grabill | : | Case No. 0:24-cv-00119 |
| Plaintiff | : | |
| v. | : | |
| City of Vanceburg, et. al. | : | |
| Defendants | : | |

## NOTICE OF FILING

Plaintiff, through Counsel, gives notice of filing of Exhibit 1 to his Complaint, which was omitted.

Respectfully submitted,

/s/ Christopher Wiest                           /s/Patrick Flannery
Christopher Wiest (KBA 90725)       Patrick Flannery (KBA 92548)
Chris Wiest, Atty at Law, PLLC         Patrick Flannery Law, PLLC
50 E. Rivercenter Blvd. Ste. 1280      PO Box 1269
Covington, KY 41011                          Olive Hill, KY
513/257-1895 (v)                                 606/286-9038 (v)
chris@cwiestlaw.com                         Flannerylaw@gmail.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing via CM/ECF, and will serve same with the Complaint in this matter, this 16th day of December, 2024.

/s/Christopher Wiest